Dear Honorable Judge Kinkeade

I asked Mrs Busbee the week before I plead guilty could I resend my plea, she told me no that I gone to far, and that I could not go back on my signature. Mrs Busbee told me that this would make me look bad with you. After I returned, I did some ~~fesh~~ research and with a little help I found out that this was not true. I honestly didn't understand.

*[signature]*

TRULINCS 46770177 - SANDERS, KEILON VIDAL - Unit: FTW-J-A

---

FROM: 46770177
TO: ███████
SUBJECT: Letter to Judge
DATE: 04/08/2014 07:38:53 PM

pg. 1 of 2

Dear Honorable Judge Kinkeade,

I would like to thank you for everything you have done for me. It has not been, nor will it ever be, my intention to hold this court up. I know that I appeared before you and asked me if I understood, to which I replied, "yes". I honestly thought that I understood the nature and cause of the alleged charges, however, after conducting my own research, I have now come to the realization that I truly did not understand the nature and cause of the alleged charges. It is at this point that I respectfully hereby revoke and rescind my signature from the plea agreement as well as all other documents in the record of this alleged "case". Suzanna Etessam, Travis Shultze and Marcus West have shown clear and willfully malicious intent to deprive me of my life, liberty and property under color of law. They have also knowingly, willfully and maliciously conspired against my rights, deprived me of access to this court as well as my ability to have a voice in shaping the destiny of my future, by showing that Suzanna Etessam as well as the "Untied States", have transgressed on my ability to challenge said actions as the injured man, caused by their transgressions. I have been deprived of my life, liberty and property for eight months now due to those who have conspired to transgress against me. Mrs. Busbee, my attorney, has told me that her hands are tied. She claims that Mrs. Suzanna Etessam and the D.E.A., refuse to release any of the information and/or evidence I have been requesting in my discovery. I have been emailing Mrs. Busbee numerous times and she refuses to respond to any of the I have sent her. It was my understanding from what Mrs. Busbee informed me, that I had no other option but to plea guilty. I feel as though I have been under constant duress since this ordeal began and I have not been able to rely on any attorney the court has appointed for truthful information regarding this matter. I had other options which I would have chosen, had I been properly informed by more honest cousel. It sure appears as though Mrs. Busbee has been working with Suzanna Etessam through this from the time she was appointed. I need all relevant information and documents in this alleged case which are as follows below;

1) All affidavit(s) which were used in order to establish probable cause.

2) A copy of the alleged search warrant, signed by a judge or magistrate, which states specifically the persons or things to be seized.

3) A copy of all criminal complaints filed against Kielon V. Sanders regarding these alleged charge(s).

4) A copy of the alleged arrest warrant.

5) All reports filed by any and all officers of the Dallas Police Department from my arrest on either August 14, 2013 or August 15, 2013, who were involved in said arrest.

6) All records of arrest for alleged aggrivated assault from the Dallas Police Department.

7) All records of arrest for alleged aggrivated assault from the D.E.A.

8) A copy of the 911 call from either the night of August 14, 2013 or August 15, 2013 which involved Kielon V. Sanders call to 911.

9) All dashcam videos from any and all Dallas Police Department cruziers which were on the scene either the night of August 14, 2013 or August 15, 2013.

10) A copy of the transcript from the bond hearing for Kielon V. Sanders.

11) A copy of Marcus West's full personell file from his current position as well as all previous positions which he held prior to his current position with the D.E.A.

12) Any and all exculpatory evidence being secreted from Kielon V. Sanders by Suzanna Etessam.

13) Factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me.

14) Any factual evidence of a complaining party.

pg 2 of 2

Respectfully,
Kielon V. Sanders

46770-177
Kielon Sanders
Federal Correctional Institiution
P.O. BOX 15330
FORT Worth, TX 76119
United States

46770-177
Honorable Judge Kinkeade
1100 Commerce ST
625
Dallas, TX 75242
United States