IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 3:13-CR-295-K (18) |
| | § | |
| KEILON VIDAL SANDERS | § | |

### ORDER

Before the Court is Defendant Sanders' ("Sanders") *Pro Se* Correspondence to the Court, filed on April 11, 2014. This Correspondence is hereby **STRICKEN** from the record in this case.

Defendant Sanders is hereby **DIRECTED** to convey any and all concerns in this case to his appointed attorney, Brook Busbee. Sanders is not entitled to hybrid representation. *See* 28 U.S.C. § 1654; *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978) (Holding that "the criminal defendant does not have the right, however, to a "hybrid representation," partly by counsel and partly by himself").

SO ORDERED.

Signed April 14th, 2014.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE