TRULINCS  46770177 - SANDERS, KEILON VIDAL - Unit: FTW-J-A

--------------------------------------------------------------------------------

FROM: 46770177
TO:
SUBJECT: NOTICE OF UNDERSTANDING AND DECREE ABSOLVITOR
DATE: 04/14/2014 08:42:44 PM

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 17 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA                    )
                                            )  No. 3:13-CR-295-K
v.                                          )
                                            )
KEILON SANDERS (18)                         )

NOTICE OF UNDERSTANDING AND DECREE ABSOLVITOR

God Created all things with Truth
God is the Supreme Judge

1. I am sovereign, a person vested with independent and supreme authority Dei Gratia and if I stand on Truth then God will

Stand with me, then who can oppose his will.

2. It is my understanding that I am not a subject, slave and/or the property of any other person and/or corporation.

3. It is my understanding that I have effectively and unequivocally revoked and rescinded my signature from all agreements

and/or papers in the record of the instant case, which appear on and for the record, on or before this 14th day of April,

2014.

4. It is my understanding that I am the Master of my defense and that my attorney, Mrs. Brook Busbee, shall let me decide

which defense I choose.

5. It is my understanding that neither Suzanna Etessam, assistant United States attorney, nor the alleged "Plaintiff" referred

to as the "United States of America", also known as the "United States" in the documents filed in the record of the instant

case, has alleged any injury.

6. It is my understanding that neither Suzanna Etessam nor the alleged "Plaintiff" have entered factual evidence and a

witness with first hand knowledge the constitution and codes are applicable to me.

7. It is my understanding that this, my Decree Absolvitor, upon being entered on the record of the instant case, shall

conclude this alleged "case" and this alleged "case" be dismissed with prejudice per this Decree Absolvitor issued Dei Gratia.

It is hereby ordered and adjudged that this Decree Absolvitor be granted Dei Gratia. Furthermore, it is ordered and adjudged

that Keilon Vidal Sanders be released from the custody of Rodney W. Chandler and the Federal Correctional Institution,

located in Fort Worth. It is further ordered and adjudged that all alleged charges in the indictment be dismissed with

prejudice.

It is so ordered this 14 day of April, 2014.

TRULINCS  46770177 - SANDERS, KEILON VIDAL - Unit: FTW-J-A

----------------------------------------------------------------------------------

Signed and Sealed by my hand on this 14 day
of April, 2014, AD in the year of our Lord.




46770-177

Kelon Sanders
Federal Correctional Institution
P.O. BOX 15330
FORT Worth, TX 76119
United States

46770-177
Us Clerk Northern District
1100 Commerce ST
Rm 1452
Dallas, TX 75242
United States

APR 17 2014