TRULINCS 46770177 - SANDERS, KEILON VIDAL - Unit: FTW-J-A

ORIGINAL

FROM: 46770177
TO:
SUBJECT: Defendant's motion to withdraw guilty plea
DATE: 04/16/2014 08:22:32 PM

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 21 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

V.

KEILON VIDAL SANDERS(18)

No. 3:13-Cr-295-K

DEFENDANT'S MOTION TO WITHDRAW THE PLEA OF GUILTY AGREEMENT
SIGNED ON JANUARY 27 2014

Keilon Vidal Sanders, defendant in the instant case, I am coming to this District Court Northern District Of Texas Dallas Division to present Motion to Withdraw the plea of guilty agreement as follows:

FACTS AND LEGAL ARGUMENTS

I.- Pursuant to Rule 11 Of the Federal Rules of Criminal Procedures, and after the conscious review of my case I didn't understand the nature and cause of the alleged charges and the record is showing clear and willfully malicious intent to deprive me of my life, liberty and property under "color of law", without of any legal and substantial base and constitutional reason.

On April 15 2014, FCI Of Fort Worth, Texas

RESPECTFULLY

*[signature]*

KEILON VIDAL SANDERS

569

⇔46770-177⇔
Kielon Sanders
Federal Correctional Institiution
P.O. BOX 15330
FORT Worth, TX 76119
United States

NORTH TEXAS TX P&DC
DALLAS TX 750
17 APR 2014 PM 7 L

⇔46770-177⇔
Us Clerk Northern District
1100 Commerce ST
Rm 1452
Dallas, TX 75242
United States

7524213105 2

LEGAL MAIL