IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.  3:13-CR-295-K (18) |
| | § | |
| KEILON VIDAL SANDERS | § | |

### ORDER

Before the Court are Defendant Sanders' ("Sanders") *Pro Se* Notice of Understanding and Decree Absolvitor, filed on April 17, 2014, and Defendant's Motion to Withdraw the Plea of Guilty Agreement Signed on January 27, 2014.  This Notice and Motion are DENIED and are hereby **STRICKEN** from the record in this case.

Once again, Defendant Sanders  is hereby **DIRECTED** to convey any and all concerns in this case to his appointed attorney, Brook Busbee.  Sanders is not entitled to hybrid representation.  *See* 28 U.S.C. § 1654; *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978) (Holding that "the criminal defendant does not have the right, however, to a "hybrid representation," partly by counsel and partly by himself").

SO ORDERED.

Signed April 22nd, 2014.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE