K

ORIGINAL

United States District Court
Northern District of Texas
Dallas Division

**FILED**
JUL -8 2014
CLERK, U.S. DISTRICT COURT
Northern District of Texas
By _____ Deputy

UNITED STATES OF AMERICA )
)
v. ) No 3:13-CR-295-K
)
KEILON VIDAL SANDERS )

## Affidavit of Fact

I am a free Sovereign adult, natural born Asiatic Blackman, an ABORIGINAL MEMBER of the planet and Moorish national of the Republic of Texas, hereby make this special appearance, by Affidavit, neither conferring nor consenting to any foreign jurisdiction. I come in Peace.

## Facts

1.

2. On August 14, 2013, Marcus West and Travis Shulze along with several unidentified DEA Agents, went in disguise, on the highways of Texas, and in the execution of a federal warrant, committed a felony

pg. 1 of 4
7/4/2014

hit and run and attempted murder when they shot at me, both of which, are violations of my Fourth Amendment rights as well as violations of Title 18 USC 241. Conspiracy against rights

3. A warrant execution confines an officer executing the warrant strictly within the bounds set by the warrant. Federal agents cannot break the law to enforce the law.

4. The arrest was done unlawfully, unreasonably, and contrary to the law. Where there is a Fourth Amendment right against unreasonable search and seizure, and the arrest is done unlawfully, and unreasonably and contrary to the law, a person's legal rights have been invaded. Where legal rights have been invaded, and a federal statute provides for a general right to sue for such invasion, federal courts may use any available remedy to make good the wrong done. Where federally protected rights have been invaded the courts will be alert to adjust their remedies so as to grant the necessary relief. Let the record reflect that I was arrested by Dallas Police on August 14, 2013 and not on August 15, 2013 and charged with aggravated assault on ~~[redacted]~~ unidentified DEA Agents.

pg. 2 of 4
7/4/2014

5. During their unlawful attempt to allegedly "arrest" me, the unidentified DEA Agents posed, in disguise, as concerned citizens, attempting to dive in my window then shooting at me, and never once identifying themselves as law enforcement officers.

6. Travis Shultze and Marcus West, knowing that I called 911 during their atrocios assault on me, have done everything in their power to keep that 911 recording out of the record in this case because both Travis and Marcus know, that the 911 recording will prove they never identified themselves, and that they had performed a felony hit and run during the alleged execution of an "arrest" warrant.

7. A federal agent cannot break the law in order to enforce the law. Bivens v. Six Unknown Named Agents

8. A federal agents unconstitutional conduct or an agent acting - albeit unconstitutionally in the name of the United States possesses a far greater capacity for harm than an individual trespasser exercising no authority other than his own.

pg. 3 of 4
7/4/2014

9. The Fourth Amendment provides that: "The right of the people to secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated."

10. I am one of the people of the United States and the Sovereign People which possess the rights of sovereignty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. As I came, I leave in Peace.

Executed on July 4, 2014            Kielon X

pg. 4 of 4
7/4/2014



⇔46770-177⇔
Kielon Sanders
Federal Correctional Institution
P.O. BOX 15330
FORT Worth, TX 76119
United States

⇔46770-177⇔
Us Clerk, Northern District
1100 Commerce ST
Rm 1452
Dallas, TX 75242
United States