ORIGINAL

United States District Court
Northern District of Texas
Dallas Division



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 3 1 2014

CLERK, U.S. DISTRICT COURT

By_____
            Deputy

UNITED STATES OF AMERICA ⟩
                         ⟩
                         ⟩
v.                       ⟩  No. 3:13-CR-295-K
                         ⟩
                         ⟩
KIELON VIDAL SANDERS     ⟩


I ~~do~~ accept your charges for value and consideration
in return and post settlement and closure 3:13-CR-295-K
and autotris and CUSIP account   Redacted   on
July 28, 2014.


Please use my exemption for full settlement and
closure of this account as the account is prepaid
and exempt from levy. Under rule 8 Frcp I accept
the charges for value and consideration in return
please use my exemption as principle for post
settlement and closure of 3:13-CR-295-K and
CUSIP and autotris account number Redacted as this
account is prepaid and exempt from levy.

                                    Kielon Mahomed Bey
                                    Authorized Representative

July 28, 2014

FOREVER USA

LEGAL Mail

NORTH TEXAS TX P&DC
DALLAS TX 750
29 JUL 2014 PM 7 L

46770-177
Kielon Sanders
Federal Correctional Institution
P.O. Box 15330
Fort Worth Texas 76119

RECEIVED
JUL 3 1 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

75242131052

◇46770-177◇
Us Clerk Northern District
1100 Commerce ST
Rm 1452
Dallas, TX 75242
United States