K

Clerk of the Court,

I am requesting a Stay of Execution for account number 3:13-cr-00295-K. Please make sure you sign the Supersedas Block on document, as I have enclosed the attached Negotiable Instrument as collateral. Please send me a copy in the Self Addressed Stamped Envelope which I have provided you.

Respectfully submitted this 19 day of August, 2014.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 3 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

"All Rights Reserved, Without Predigest."

Sielon Muhammad
Authorized Representative
Without Recourse

Official Seal
K | S
O | S

pg. 1 of 2
pg. 2 Attached Negotiable Instrument




# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# STATE OF TEXAS
## COUNTY OF NACOGDOCHES

31402

113

### CERTIFICATE OF BIRTH — BIRTH NO. 142-72-207630

**STATE OF TEXAS**

| | |
|---|---|
| 1. PLACE OF BIRTH | 2. USUAL RESIDENCE OF MOTHER |
| a. COUNTY: Nacogdoches | a. STATE: Texas — b. COUNTY: Nacogdoches |
| b. CITY OR TOWN: Nacogdoches | c. CITY OR TOWN: Nacogdoches |
| c. NAME OF HOSPITAL OR INSTITUTION: | d. STREET ADDRESS: 2121 Pat Street |

**CHILD**
- 3. NAME: (a) First: Kielon  (b) Middle: Vidal  (c) Last: Sanders
- 4. DATE OF BIRTH: November 30, 1972
- 5. SEX: Male
- 6a. THIS BIRTH: Single
- 6b. IF TWIN OR TRIPLET, WAS CHILD BORN: —

**FATHER**
- 7. NAME: (a) First: Bubber  (c) Last: Sanders, Jr.
- 8. COLOR OR RACE: Negro
- 9. AGE: 21 YEARS
- 10. BIRTHPLACE: Texas
- 11a. USUAL OCCUPATION: Laborer
- 11b. KIND OF BUSINESS OR INDUSTRY: Construction

**MOTHER**
- 12. MAIDEN NAME: (a) First: Angelia  (b) Middle: Kay  (c) Last: McDaniel
- 13. COLOR OR RACE: Negro
- 14. AGE: 18 YEARS
- 15. BIRTHPLACE: Texas
- 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER: a. 0  b. 0  c. 0

- 17. INFORMANT: Bubber Sanders, Jr.
- 18. I hereby certify to the birth of this child... at 8:18 A.m.
- 19a. NAME: Bubber Sanders, Jr.
- 19b. ADDRESS: 1723 Railroad St., Nacogdoches, Texas
- 20a. FILE NO.: 420
- 20b. FILE DATE: December 6, 1972
- 20c. SIGNATURE OF STATE REGISTRAR: T. M. Carroll

VS-161, REV. 1/60

---

39034

STATE OF TEXAS
COUNTY OF NACOGDOCHES

This is to certify this is a true and correct copy of the original record as recorded in the office of County Clerk, Nacogdoches County, Texas.

DATE ISSUE: AUG 1 1 2014

*Carol Wilson*
CAROL WILSON, COUNTY CLERK,
NACOGDOCHES COUNTY, TEXAS

Do not accept unless prepared on security paper with engraved border displaying the official seal and signatures of the issuing agency. Not valid if photocopied. Lamination may void certificate.





46770-177
Kielon Sanders AK
Federal Correctional Institution
P.O. Box 15330
Fort Worth TX 76119

NORTH TEXAS TX PRDC
DALLAS TX 750
29 AUG 2014 PM 9 L

RECEIVED
SEP 3 2014

⇨46770-177⇦
Us Clerk Northern District
1100 Commerce ST
Rm 1452
Dallas, TX 75242
United States